IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| SAMUEL CALDWELL, )<br>)<br>Plaintiff, )<br>)    NO.:<br>v. )<br>)<br>TRANS UNION, LLC, )<br>)<br>Defendant. ) | |

**NOTICE OF REMOVAL**

Trans Union LLC ("Trans Union"), improperly pled as Trans Union, files this Notice of Removal pursuant to 28 U.S.C. §1446(a) and respectfully represents that:

1. On or about May 1, 2006, Plaintiff commenced a civil action against Trans Union by Summons and Complaint in the District Court of Maryland for Prince George's County, captioned Samuel Caldwell v. Trans Union, case number 050200130772006. The Summons and Complaint were served upon Trans Union on May 8, 2006. A copy of the Summons and Complaint is attached hereto as Exhibit "A." There have been no further proceedings.

2. Removal is timely because 30 days have not elapsed since service of the Summons and Complaint upon Trans Union, the only defendant in this action.

3. This Court has original jurisdiction over this lawsuit under the provisions of 28 U.S.C. §1441, because Plaintiff's Complaint alleges facts and demands remedies under the Fair Credit Reporting Act, 15 U.S.C. §1681 et seq. (the "FCRA"). Plaintiff alleges that Trans Union maintained "erroneous [credit] information" and failed to investigate credit disputes (which Trans Union vigorously denies). Such allegations constitute claims under §1681e(b) and §1681i of the FCRA.

4.      Pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331, this Court has original jurisdiction over FCRA claims without regard to the amount in controversy.

WHEREFORE, petitioner prays that the above action now pending against it in the District Court of Maryland for Prince George's County, be removed to this Court.

>Respectfully submitted,
>
>GOHN, HANKEY & STICHEL, LLP
>
>  /s/ H. Mark Stichel
>H. Mark Stichel
>Maryland Federal Bar No. 02939
>201 North Charles Street, Suite 2101
>Baltimore, MD  21201
>(410) 752-1658/ (410) 752-2519 – fax

DATED:      May 16, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of May 2006, a true and correct copy of Trans Union LLC's Notice of Removal was served via first-class U.S. Mail on Plaintiff, Samuel Caldwell, at 16606 Peach Street, Bowie, MD  20716.

>  /s/ H. Mark Stichel