IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SAMUEL CALDWELL, *

                 Plaintiff, *

v.

                            *      C.A. No: 8:06-cv-01252-PJM
TRANS UNION LLC, et al.,
                            *

               Defendants. *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Samuel Caldwell, and Defendant, Trans Union LLC, that in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, that this action is dismissed with prejudice. Each party hereto to bear its own costs and attorney's fees.

Respectfully submitted this ___ day of October 2006.

_____
Samuel Caldwell
16606 Peach Street
Bowie, MD 20716
*Plaintiff, pro se*

_____
Henry Mark Stitchel
Gohn Hankey and Stitchel LLP
201 North Charles Street, Suite 2101
Baltimore, Maryland 21202
*Counsel for Defendant, Trans Union LLC*

SO ORDERED,

_____, J.

DATED: _____, 2006